UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SCOTT O.,

                Plaintiff,

    v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

                Defendant.

CASE NO. C18-5318-RJB-MAT

REPORT AND RECOMMENDATION

Plaintiff brought this action to seek judicial review of denial of disability benefits by the Commissioner of the Social Security Administration. The parties now stipulate this case should be reversed and remanded for further proceedings. (Dkt. 14.)

Based on the stipulation of the parties, the Court recommends this case be REVERSED and REMANDED for a *de novo* hearing and further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Administrative Law Judge shall (1) reevaluate the opinion evidence pursuant to 20 C.F.R. § 416.927; (2) reevaluate residual functional capacity pursuant to Social Security Ruling (SSR) 96-8p; and (3) if necessary, obtain supplemental

REPORT AND RECOMMENDATION
PAGE - 1

vocational expert evidence and consider that evidence pursuant to SSR 00-4p.

The Court recommends United States District Judge Robert J. Bryan immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A proposed order accompanies this Report and Recommendation.

DATED this 22nd day of October, 2018.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2