# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SCOTT L. OSBORNE, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | CASE NO. C18-5318-RJB <br><br> ORDER OF REMAND |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. (Dkt. 14.) It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 22nd day of October, 2018.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER OF REMAND
PAGE - 1